IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00317-PAB-BNB

MAX RUTHENBECK,

Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Consolidate Settlement Conferences** [docket no. 29, filed June 16, 2009] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The Settlement Conference will go forward as previously ordered on **June 24, 2009, at 3:00 p.m.**

IT IS FURTHER ORDERED that Kurt Tullar must attend the conference as the defendant's client representative and must have full and unfettered authority to settle the case.

DATED: June 19, 2009